UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cr-60083-AHS-2

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

THONY GUILLAUME,

     Defendant.

_____/

## NOTICE OF APPEARANCE
### (TRIAL LEVEL ONLY)

JOFFE LAW, P.A., and DAVID J. JOFFE, ESQUIRE, hereby enters its appearance as attorney of record for the Defendant, THONY GUILLAUME, for trial level only.

## CERTIFICATE OR SERVICE

I HEREBY CERTIFY that on March 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

JOFFE LAW, P.A.
Attorneys for Defendant
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 723-0007
Fax:    (954) 723-0033

By /s/ *David J. Joffe*
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164