UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CR-60083-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THONY GUILLAUME,

    Defendant.
_____/

## THONY GUILLAUME'S MOTION TO TRAVEL

COMES NOW the Defendant, THONY GUILLAUME, (hereinafter "GUILLAUME"), by and through undersigned counsel, David J. Joffe, pursuant to the Federal Rules of Criminal Procedure and the Local Rules of Procedure for the Southern District of Florida, and hereby moves this court for the entry of an Order granting GUILLAUME'S Motion to Travel, and in furtherance thereof, would state as follows:

1. On March 17, 2021, a n eighteen count Indictment was issued charging GUILLAUME and Nikency Alexis with Conspiracy to Defraud the United States in violation of 18 U.S.C. §371 (Count I); Aiding and Assisting in the Preparation and Presentation of a False Tax Return in violation of 26 U.S.C. §7206(2) (Counts ten through sixteen). (DE:3)

2. Currently GUILLAUME is out on bond with certain restrictions. (DE:7; 17).

3. On May 14, 2021, the government filed a Superseding Indictment charging GUILLAUME and Nikency Alexis with Conspiracy to Defraud the United States in violation of 18 U.S.C. §371 (Count I); Aiding and Assisting in the Preparation and Presentation of a False Tax Return in violation of 26 U.S.C. §7206(2) (Counts ten through thirteen). (DE:24)

      4.     GUILLAUME is seeking employment as a long distance truck driver with a company called Schneider.

      5.     GUILLAUME must attend orientation in Indiana and will be training on the road, driving from state to state as a CDL driver.

      6.     GUILLAUME will be leaving from Fort Lauderdale on September 6, 2021 and will be gone for 21 days

      7.     GUILLAUME will be staying at 7236 Western Select Drive, Indianapolis, IN 46219.

      8.     GUILLAUME will be receiving an itinerary from the company and counsel will provide same to the Court upon receipt of same.

      9.     The employer is buying GUILLAUME's airline ticket.

      10.    GUILLAUME has contacted his probation officer to discuss said traveling request.

      11.    GUILLAUME has made all appearances at all court proceedings and is in complete compliance with all pretrial release requirements.

WHEREFORE, undersigned counsel would respectfully request this Honorable Court grant GUILLAUME'S Motion and allow GUILLAUME to travel and be out of the jurisdiction from September 6, 2021 for a period of twenty-one days.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>
> Respectfully submitted,
> JOFFE LAW, P.A.
> Attorney for Defendant
> The 110 Tower Building
> 110 S.E. 6th Street
> 17th Floor, Suite 1700
> Ft. Lauderdale, Florida 33301
> Telephone:   (954) 723-0007
> Facsimile:    (954) 723-0033
> davidjjoffe@aol.com
>
> By: /s/ *David J. Joffe*
>       DAVID J. JOFFE, ESQUIRE
>       FLORIDA BAR NO. 0814164