UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60083-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THONY GUILLAUME,

    Defendant.

_____

## ORDER

THIS CAUSE is before the Court on Defendant, Thony Guillaume's Amended Motion to Modify Conditions of Release (ECF No. 44), which was referred to United States Magistrate Judge Lurana S. Snow. The Government has filed its Response (ECF No. 47) and the Motion is ripe for consideration.

The Defendant is charged by Superseding Indictment with conspiracy to defraud the United States and 24 counts of aiding and assisting in the preparation of a false tax return (Counts 10-13). According to the Government, during the time period of February 2011 and May 2016, the Defendant filed numerous false and fraudulent tax returns while working at a company called Unity Tax, which was owned and operated by his cousin, Co-Defendant Nikency Alexis. The Government alleges that after Unity Tax was effectively shut down in April 2016, the Defendant continued to prepare and file false and fraudulent tax returns through 2019 while working at other firms.

The Defendant was released on a $250,000 personal surety and a $30,000 bond with a 10% deposit in the Registry of the Court, with a number of special conditions, including that the Defendant is not permitted to visit commercial transportation establishments, including airports, seaport/ marinas, commercial bus terminals, and train stations. The Defendant's travel is restricted to the Southern District of Florida.

The Defendant now seeks to modify his bond conditions to permit travel beginning on September 6, 2021, for the purpose of orientation and training to be a long-distance truck driver. Training would consist of travel from state to state and the Defendant was unable to provide any address at which he would be staying and could not state when he would return to this District. After the Motion was filed, the Defendant provided an address to the Government and advised that he would be gone for 21 days. The Motion states that the Defendant has contacted his Probation Officer, to discuss this request, but does not state whether such a discussion ever took place and/or whether the Probation Officer approves of it.

The Government opposes the Motion because the information provided is too ambiguous. The undersigned agrees, especially in light of the above-mentioned bond restrictions on the Defendant's movements. Moreover, on the same basis, the undersigned does not believe that the job of long distance truck driver is appropriate employment for this Defendant. Therefore, no purpose would be served by permitting the Defendant to travel for orientation and training for this job. Therefore, being duly advised, it is hereby

ORDERED AND ADJUDGED that Defendant, Thony Guillaume's Amended Motion to Modify Conditions of Release (ECF No. 44) is DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of September, 2021.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Deric Zacca (FTL)
David Joffe, Esq.

U.S. Probation Office